# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>FRED BEYER,<br><br>                  Defendant. | **8:18CR94**<br><br>**ORDER** |

This matter is before the court on defendant's Motion to Extend Pretrial Motion Deadline [27]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 31-day extension. Pretrial motions shall be filed by June 21, 2018.

**IT IS ORDERED:**

1. Defendant's Motion to Extend Pretrial Motion Deadline [27] is granted. Pretrial motions shall be filed on or before June 21, 2018.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between May 21, 2018 and June 21, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 22nd day of May, 2018.

                                                                BY THE COURT:

                                                                s/ Susan M. Bazis<br>
                                                                United States Magistrate Judge